968

Núm. 8633.—González, aplte. *v.* Joy et al., apldos.—C. D. Aguadilla. Nulidad de expediente de dominio, etc. Febrero 3, 1943.

(Por la Corte, a propuesta del Juez Asociado Sr. Snyder.)

Examinada la moción de los apelados de 14 de diciembre de 1942 y sometida a esta Corte en 1 de febrero de 1943 solicitando la desestimación de la apelación por frívola, y examinados los demás documentos presentados y el alegato del apelante, no estando convencido el Tribunal de que el recurso interpuesto sea claramente frívolo, no ha lugar.

Núm. 8669.—Rodríguez, aplda. *v.* Toral et als., apltes.—C. D. Bayamón. *Injunction* para recobrar, etc. Marzo 18, 1943.

(Por la Corte, a propuesta del Juez Asociado Sr. Snyder.)

Por cuanto, oídas las partes por sus abogados el día 15 de marzo de 1943, sobre la moción de la apelada solicitando la desestimación del recurso por el motivo de ser éste enteramente frívolo e interpuesto con el fin de dilatar los procedimientos;

Por cuanto, no habiendo quedado convencida la Corte de que el recurso sea claramente frívolo.

Por tanto, se declara sin lugar la moción de desestimación, pero entendiendo la Corte que no debe dilatarse la vista del recurso en su fondo, lo señala para el día 12 de abril de 1943, a las 2 p.m.

Núm. 8704.—Rosado, apldo. *v.* Smallwood Brothers, Inc., aplte. —C. D. Ponce. Daños y perjuicios. Marzo 31, 1943.

(Por la Corte, a propuesta del Juez Presidente Señor Del Toro.)

A la moción de la parte apelada de marzo 3 en curso solicitando la desestimación de la apelación por frívola, vista el 29 de este mes con la sola asistencia de la parte apelante por su abogado, oído el informe de éste y examinado su alegato, no apareciendo que sea claramente frívolo el recurso, no ha lugar.

Núm. 8612.—Municipio de Juncos, apldo. *v.* Carreras et al., apltes.—C. D. Humacao. *Injunction.* Abril 27, 1943.

(Por la Corte, a propuesta del Juez Presidente Señor Del Toro.)

A la moción de la parte apelada solicitando la desestimación del recurso por causa de frivolidad, vista en el día de ayer, oídos los informes de los abogados de ambas partes, no apareciendo que sea claramente frívolo el recurso, no ha lugar.

(*d*) Falta de alegato o presentación del mismo fuera de término